UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Cause No. 3:09-cv-00654-JPG-PMF ) ) |
| ARROW FENCE, INC., et al., | ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiffs' Motion For Default Judgment (Doc. 22). On October 21, 2009, the Clerk entered default against Defendants Arrow Fence, Inc. and Justin Blunt. Plaintiffs then filed their Motion, with nine exhibits and two affidavits. Based upon the Complaint, the failure of Defendants to appear and the submissions made by Plaintiffs in support of their Motion, the Court concludes that entry of Default Judgment is appropriate.

IT IS HEREBY ORDERED that Plaintiffs Motion For Default Judgment (Doc. 22) is **GRANTED**. The Court **DIRECTS** the Clerk of Court to enter judgment in favor of Plaintiffs Iron Workers St Louis District Council Annuity Trust, By and Through Mark Darr and Mike Whalen in their capacities as Co-Chairmen of the Board of Trustees, Iron Workers St Louis District Council Pension Fund Trust, By and Through Mark Darr and Mike Whalen in their capacities as Co-Chairmen of the Board of Trustees, Iron Workers St Louis District Council Welfare Plan, By and Through Mark Darr and Mike Whalen in their capacities as Co-Chairmen of the Board of Trustees, and Local No. 392 International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, AFL-CIO, and against Defendants Arrow Fence, Inc. and Justin Blunt, jointly and severally, in the total amount of $59,368.67, of which $43,722.39 represents outstanding delinquent contributions; $4,024.49 represents liquidated damages;

2

$4,351.79 represents interest; and $7,270.00 represents attorneys' fees and costs. The hearing currently set for October 23, 2009, is **VACATED.**

**IT IS SO ORDERED.**
**DATED: October 22, 2009**

s/ J. Phil Gilbert
**Hon. J. Phil Gilbert**
**U.S. District Judge**
