UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST, et al., </br></br>    Plaintiffs, </br></br> v. </br></br> ARROW FENCE, INC., et al., </br></br>    Defendants. | Cause No. 3:09-cv-00654-JPG-PMF |

### DEFAULT JUDGMENT

This matter having come before the Court, the defendants having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs Iron Workers St Louis District Council Annuity Trust, By and Through Mark Darr and Mike Whalen in their capacities as Co-Chairmen of the Board of Trustees, Iron Workers St Louis District Council Pension Fund Trust, By and Through Mark Darr and Mike Whalen in their capacities as Co-Chairmen of the Board of Trustees, Iron Workers St Louis District Council Welfare Plan, By and Through Mark Darr and Mike Whalen in their capacities as Co-Chairmen of the Board of Trustees, and Local No. 392 International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, AFL-CIO, and against Defendants Arrow Fence, Inc. and Justin Blunt, jointly and severally, in the total amount of fifty-nine thousand, three hundred sixty-eight dollars and sixty-seven cents ($59,368.67), of which forty-three thousand, seven hundred twenty-two dollars and thirty-nine cents ($43,722.39) represents outstanding delinquent contributions; four thousand, twenty-four dollars and forty-nine cents ($4,024.49) represents liquidated damages; four thousand, three hundred fifty-one dollars and seventy-nine cents ($4,351.79) represents interest; and seven thousand, two hundred seventy dollars and no cents ($7,270.00) represents attorneys' fees and costs.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**By:s/Deborah Agans, Deputy Clerk**

**Date: October 22, 2009**

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT
              DISTRICT JUDGE**