UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST, IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION FUND TRUST, IRON WORKERS ST. LOUIS DISTRICT COUNCIL WELFARE PLAN, and LOCAL 392 INTERNAITONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS, AFL-CIO, Plaintiffs, v. ARROW FENCE, INC. and JUSTIN BLUNT, Defendants. | No. 3:09-cv-654-JPG-PMF |

**MEMORANDUM AND ORDER**

This matter is before the Court on the plaintiffs' Notice of Dismissal (Doc. 40), which the Court construes as a motion to dismiss without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal. There being no objection from the defendant, the Court **DISMISSES** this case **without prejudice** and **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED.**
**DATED: February 22, 2011**

s/ J. Phil Gilbert
**DISTRICT JUDGE**